

**UNITED STATES BANKRUPTCY COURT**
Northern District of California
U.S. Courthouse and Federal Building
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 535-5118

FILED
2008 JAN -8  P 3: 09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST. OF CA. S.J

**Gloria L. Franklin**
**Clerk of Court**

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

Re:  Case Name: *The Billing Resource*
Case Number: *07-52890/ Adv. 07-5156*
Bankruptcy Judge Name: *Arthur S. Weissbrodt*
District Court #: *C07-06210* JF

Dear Mr. Wieking:

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, as well as Motion for Leave to Appeal / *Non-Final Order/Judgment* for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find the Appellant's Designation of Record.

[X] Enclosed please find the Appellee's Designation of Record.

[ ]6 Enclosed please find the Statement of Issues.

[ ] Enclosed please find the Motion for Leave to Appeal / *Non-Final Order/Judgment*.

[ ] Other.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to [Deputy Clerk].

                                                          Gloria L. Franklin, Clerk
                                                         United States Bankruptcy Court

Dated: January 8, 2008                     By: _____
                                                    [Deputy Clerk], Deputy Clerk



17th Floor | Four Embarcadero Center | San Francisco, CA 94111-4106
415-434-9100 *office* | 415-434-3947 *fax* | *www.sheppardmullin.com*

# TRANSMITTAL

**VIA FEDERAL EXPRESS**

| Date: | December 28, 2007 | File Number: 0XLT-075612 |
|---|---|---|
| TO: | Ms. Angela Wong<br>United States Bankruptcy Court<br>Northern District of California<br>280 South First Street<br>San Jose, CA  95113 | |
| From: | Judy Nakaso, Assistant to Steven Sacks (415-774-3236) | |
| Re: | In re The Billing Resource dba Integretel v. Federal Trade Commission, et al., Adversary Proceeding No. 07-05156 (Main case:  07-52890) | |
| Enclosed: | Please see the enclosed Appellee's Designation of Additional Items to be Included in the Record on Appeal re Appeal Filed by David R. Chase, as Federal Receiver, From the November 30, 2007 Amended Order Granting Motion for Preliminary Injunction (Docket No. 113, electronically filed 12/26/07) listing the documents enclosed. | |

- ☐ For your information
- ☒ For your files
- ☐ Please acknowledge receipt
- ☐ Please handle
- ☐ Please forward
- ☐ In accordance with our telephone conversation
- ☐ Please return enclosures

- ☐ Please telephone me
- ☐ Please comment
- ☐ Please sign
- ☐ Please complete
- ☐ Please review
- ☐ **Chambers Copies**

W02-WEST:FC3\400614203.2

-1-