1  Howard Kollitz [State Bar No. 059611],
   Walter K. Oetzell [State Bar No. 109769] and
2  Steven J. Schwartz [State Bar No. 200586] of
   DANNING, GILL, DIAMOND & KOLLITZ, LLP
3  2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904
4  Telephone: (310) 277-0077
   Facsimile: (310) 277-5735
5  Email:  woetzell@dgdk.com
   Email:  sschwartz@dgdk.com
6
7  Attorneys for Defendant/Appellant, David R. Chase, as
   Receiver
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

| | |
|---|---|
| In re: | ) USDC Case No. 5:07-cv-06210-JF |
| THE BILLING RESOURCE, dba Integretal, a California corporation, | ) Bankruptcy Case No. 07-52890-ASW |
| Debtor | ) [Chapter 11] |
| | ) Adv. Proc. No. 07-05156 |
| THE BILLING RESOURCE, dba INTEGRETEL, a California corporation, | ) |
| Plaintiff/Appellee, | ) **NOTICE OF PENDENCY OF OTHER RELATED ACTION OR PROCEEDING (APPEAL FROM BANKRUPTCY COURT)** |
| vs. | ) |
| FEDERAL TRADE COMMISSION, and DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, et al; | ) |
| Defendants/Appellants. | ) |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**NOTICE IS HEREBY GIVEN**, that, pursuant to Rule 3-13 of the Local Civil Rules of this District Court, Appellant/Defendant David R. Chase, not individually, but solely in his capacity as Receiver for Nationwide Connections, Inc., Access One Communications, Inc.,

-1-

319551.01 [XP]   24774

Network One Services and other related entities ("the Federal Receiver") hereby gives notice that the above-referenced Appeal taken by the Federal Receiver which is pending in this Court is related to the pending appeal filed by the Federal Trade Commission ("FTC"), which appeal was assigned No. 5:07-cv-05758-JW and is pending in the United States District Court for the Northern District of California, San Jose Division, and assigned to The Honorable James Ware, United States District Judge.

The pending appeals of the Federal Receiver and the FTC both involve an appeal from the Order of the Bankruptcy Court entitled, "Order Granting Motion for Preliminary Injunction," which was entered on November 30, 2007. All of the parties are the same in both appeals, and the appeals call for determination of substantially related or similar questions of law and fact. Accordingly, both appeals should be heard by the same judge so as to avoid conflicts, conserve resources and promote an efficient determination of the appeals.

Dated, on this 24th day of January, 2008, at Los Angeles, California.

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By _____
Steven J. Schwartz
Attorneys for the Appellant/Defendant,
David R. Chase, as Federal Receiver

-2-

319551.01 [XP]    24774