1  Howard Kollitz [State Bar No. 059611],
   Walter K. Oetzell [State Bar No. 109769] and
2  Steven J. Schwartz [State Bar No. 200586] of
   DANNING, GILL, DIAMOND & KOLLITZ, LLP
3  2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904
4  Telephone: (310) 277-0077
   Facsimile: (310) 277-5735
5  Email: woetzell@dgdk.com
   Email: sschwartz@dgdk.com
6

7  Attorneys for Defendant/Appellant, David R. Chase, as
   Receiver

8                      **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN JOSE DIVISION**

11

| | |
|---|---|
| **In re** | **USDC Case No. 5:07-cv-06210-JF** |
| **THE BILLING RESOURCE**, dba **INTEGRETEL**, a California corporation, | **Bankruptcy Case No. 07-52890-ASW** |
| [ | [Chapter 11] |
| **Debtor.** | **Adversary Proceeding No. 07-05156** |
| | **CERTIFICATE OF SERVICE RE** |
| **THE BILLING RESOURCE**, dba **INTEGRETAL**, a California corporation, | **NOTICE OF PENDENCY OF OTHER RELATED ACTION OR PROCEEDING (APPEAL FROM BANKRUPTCY COURT)** |
| **Plaintiff/Appellee,** | |
| vs. | |
| **FEDERAL TRADE COMMISSION**, and **DAVID R. CHASE**, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, et al; | |
| **Defendants/Appellant.** | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

1

**CERTIFICATE OF SERVICE**

2

I, Cheryl Caldwell, declare:

3

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar

4

of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los

5

Angeles, California 90067-2904.

6

On January 24, 2008, I served the following document(s):

7

**NOTICE OF PENDENCY OF OTHER RELATED ACTION OR PROCEEDING (APPEAL FROM BANKRUPTCY COURT)**

8

on the interested parties addressed as follows:

9

[SEE ATTACHED SERVICE LIST.]

10

Electronic Transmission (E-Mail)

11

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this

12

firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal

13

Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents

14

served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

15

I declare under penalty of perjury under the laws of the State of California and of the United

16

States of America that the foregoing is true and correct.

17

Executed on January 24, 2008, at Los Angeles, California.

18

19

Cheryl Caldwell _____
(Type or print name)

*Cheryl Caldwell*
(Signature)

20

21

22

23

24

25

26

27

28

-2-

1

## SERVICE LIST

2

Office of the United States Trustee
3  John Wesolowski, Esq.
United States Department of Justice
4  280 S. First Street, Suite 268
San Jose, CA 95113-0002
5  **Via Regular Mail**

6  Debtor
The Billing Resource
7  5883 Rue Farrari
San Jose, CA 95138
8  **Via Regular Mail**

9  Counsel for Plaintiff Federal Trade
Commission
10  c/o Laura Kim
Federal Trade Commission
11  600 Pennsylvania Avenue, NW
Washington, DC 20580
12  **Via Regular Mail**

13  POL, Inc.
Law Offices of Joel Dichter, Esq.
14  10 Rockefeller Palce, Suite 816
New York, NY 10020
15  **Via Regular Mail**

16  Counsel for POL, Inc.
Kathryn S. Diemer
17  Diemer, Whitman and Cardosi
75 E. Santa Clara Street
18  San Jose, CA 95113
**Via Regular Mail**
19
Counsel for Debtor The Billing Resource
20  Michael H. Ahrens
Sheppard Mullin Richter and Hampton
21  mahrens@sheppardmullin.com

22  Ori Katz
Sheppard Mullin Richter and Hampton
23  okatz@sheppardmullin.com,
dwhitehead@sheppardmullin.com
24
Jeffery K .Rehfeld
25  Sheppard Mullin Richter and Hampton
jrehfeld@sheppardmullin.com,
26  ewalters@sheppardmullin.com

27

28

Steven B. Sacks
Sheppard Mullin Richter and Hampton
ssacks@sheppardmullin.com
ewalters@smrh.com

Counsel for David R. Chase,
Federal Receiver
Jeffrey Schneider, Esq.
Tew Cardenas LLP
jcs@tewlaw.com

Counsel for the Federal Trade Commission
John Andrew Singer
jsinger@ftc.gov
Michael Morra
mmora@ftc.gov
Julie Mack
jmack@ftc.gov

Counsel to the Unsecured Creditors'
Committee
John D. Fiero
Pachulski, Stang, Ziehl, Young and Jones
jfiero@pszjlaw.com

-3-

315853.07 [XP]    24774