LAW OFFICES

# DANNING, GILL, DIAMOND & KOLLITZ, LLP

A LIMITED LIABILITY PARTNERSHIP COMPOSED OF PROFESSIONAL CORPORATIONS

2029 CENTURY PARK EAST, THIRD FLOOR
LOS ANGELES, CALIFORNIA 90067-2904

(310) 277-0077
FACSIMILE: (310) 277-5735
WRITER'S E-MAIL ADDRESS: SSCHWARTZ@DGDK.COM

DAVID A. GILL*
RICHARD K. DIAMOND*
HOWARD KOLLITZ*
JOHN J. BINGHAM, JR.*
ERIC P. ISRAEL*
KATHY BAZOIAN PHELPS*
GEORGE E. SCHULMAN*
NANCY KNUPFER*
ROBERT A. HESSLING*
WALTER K. OETZELL

UZZI O. RAANAN
STEVEN J. SCHWARTZ
MATTHEW F. KENNEDY
FRANK X. RUGGIER
JOHN N. TEDFORD, IV
AARON E. DE LEEST

OF COUNSEL
JAMES J. JOSEPH*

RETIRED
CURTIS B. DANNING

*A PROFESSIONAL CORPORATION

January 24, 2008

REFER TO:
24774

**VIA FEDERAL EXPRESS**

Angela Wong
United States Bankruptcy Court
280 S. First Street, Room 3035
San Jose, CA 95113-3099

Re:   In re The Billing Resource dba Integretal, a California corporation
      Case No. 07-52890-ASW

Dear Lupe:

As we discussed today, I have enclosed a copy of Notice that the District Court is missing, Bankruptcy Court docket No. 106. Please forward to Snookey Poohi's attention because she is the one working to get everything onto the District Court docket.

Thanks again for all of your assistance.

Sincerely,

Cheryl Caldwell          310 277-0077 ext 2083

Cheryl Caldwell
Assistant to Steven J. Schwartz
Enclosures
/cyc

319723.01 [XP]    0705