**UNITED STATES BANKRUPTCY COURT** FILED
**Northern District of California**
U.S. Courthouse and Federal Building JAN 29 P 2: 49
**280 South First Street Room 3035**
**San Jose, California 95113-3099**         RICHARD W. WIEKING
**(408) 535-5118**                          CLERK
                                            U.S. DISTRICT COURT
                                            NO. DIST OF CA. S.J

**Gloria L. Franklin**
**Clerk of Court**

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

Re:     *Case Name: The Billing Resource*
        *Case Number: 07-52890-ASW /Adv. 07-5166*
        *Bankruptcy Judge Name: Arthur S. Weissbrodt*
        *District Court #: C07-06210*

Dear Mr. Wieking:

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, as well as Motion for Leave to Appeal / *Non-Final Order/Judgment* for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find the Appellant's Designation of Record.

[ x] Enclosed please find the Appellee's Designation of Record.

[ ] Enclosed please find the Statement of Issues.

[ ] Enclosed please find the Motion for Leave to Appeal / *Non-Final Order/Judgment*.

[ ] Other.


Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to [Deputy Clerk] .

Gloria L. Franklin, Clerk
United States Bankruptcy Court

Dated: January 29, 2008                    By: _____

                                                Angela Wong, Deputy Clerk

1 | Howard Kollitz [State Bar No. 059611],
Walter K. Oetzell [State Bar No. 109769] and
2 | Steven J. Schwartz [State Bar No. 200586] of
DANNING, GILL, DIAMOND & KOLLITZ, LLP
3 | 2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
4 | Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735
5 | Email:  woetzell@dgdk.com
Email:  sschwartz@dgdk.com
6 |
Jeffrey C. Schneider [Pro Hac Vice]
7 | TEW CARDENAS LLP
Four Seasons Tower, Fifteenth Floor
8 | 1441 Brickell Avenue
Miami, Florida 33131-3407
9 | Telephone:  (305) 539-2481
Facsimile:  (305) 536-1116
10 | Email:  jcs@tewlaw.com

11 | Attorneys for Defendant, David R. Chase, as Receiver

ELECTRONICALLY
FILED:
Date: 12|17|07
Docket No:  106

12 |                UNITED STATES BANKRUPTCY COURT

13 |               NORTHERN DISTRICT OF CALIFORNIA

14 |                       SAN JOSE DIVISION

15 | **In re**                                )
                                          )
16 | **THE BILLING RESOURCE**, dba              )
**INTEGRETEL**, a California corporation,   )   **Bankruptcy Case No. 07-52890-ASW**
17 |                                          )
[Taxpayer Identification No. 33-0289863]   )        [Chapter 11]
18 |                                          )
                               **Debtor.**   )   **Adversary Proceeding No. 07-05156**
19 | _____ )
                                          )   **NOTICE OF ERRATA RE:**
20 | **THE BILLING RESOURCE**, dba              )   **STATEMENT OF ISSUES OF**
**INTEGRETAL**, a California corporation,   )   **APPELLANT DAVID R. CHASE, AS**
21 |                                          )   **FEDERAL RECEIVER, TO BE**
                               **Plaintiff,**   )   **PRESENTED ON APPEAL TO THE**
22 |        vs.                               )   **DISTRICT COURT PURSUANT TO**
                                          )   **RULE 8006 OF THE FEDERAL RULES**
23 | **FEDERAL TRADE COMMISSION**, and          )   **OF BANKRUPTCY PROCEDURE**
**DAVID R. CHASE**, not individually, but solely )
24 | in his capacity as receiver for Nationwide )
Connections, Inc., Access One Communications, )   **[This Statement of Issues is concurrently**
25 | Inc., Network One Services, etc., et al;  )   **filed with Appellant David R. Chase as**
                                          )   **Federal Receiver's Designation of Items**
26 |                                          )   **To Be Included In The Record On Appeal**
                                          )   **from the November 30, 2007 Amended**
27 |                               **Defendants.**   )   **Order Granting Motion for Preliminary**
_____ )   **Injunction]**
28 |

                                  -1-

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2          Appellant David R. Chase, not individually, but solely in his capacity as Receiver for

3   Nationwide Connections, Inc., Access One Communications, Inc., Network One Services and other

4   related entities ("the Appellant" or "the Federal Receiver") hereby submits his Notice of Errata to

5   his Statement of Issues to be presented on Appellant's appeal to the United States District Court for

6   the Northern District of California (the "District Court") from the Amended Order Granting Motion

7   for Preliminary Injunction of the United States Bankruptcy Court for the Northern District of

8   California, San Jose Division (the "Bankruptcy Court") entered on November 30, 2007, in the

9   above captioned bankruptcy case (the "Order"):

10         All references in the caption and the body of text should refer to the Bankruptcy Court's

11  Amended Order Granting Motion for Preliminary Injunction dated November 30, 2007, not

12  November 28, 2007, as stated therein.

13

14

15         Dated, on this 14th day of December, 2007, at Los Angeles, California.

16

17                              DANNING, GILL, DIAMOND & KOLLITZ, LLP

18                              By _____

19                                      Steven J. Schwartz
                                   Attorneys for the Appellant,
20                                 David R. Chase, as Federal Receiver

21

22

23

24

25

26

27

28

-2-

## File an Appeal:

07-05156 The Billing Resource v. Chase et al

Type: ap                           Office: 5 (San Jose)                    Lead Case: 07-52890
Judge: ASW                         Case Flag: APPEAL


**U.S. Bankruptcy Court**

**Northern District of California**

Notice of Electronic Filing

The following transaction was received from Schwartz, Steven J. entered on 12/17/2007 at 9:37 AM
PST and filed on 12/17/2007

**Case Name:**        The Billing Resource v. Chase et al
**Case Number:**      07-05156
**Document Number:** 106

**Docket Text:**
Amended Statement of Issues on Appeal, (RE: related document(s)[102] Statement of Issues on Appeal,
filed by Defendant David R Chase). Filed by Defendant David R Chase (Schwartz, Steven)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**J:\CYC\INTEGRETEL ERRATA TO STMT OF ISSUES.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=12/17/2007] [FileNumber=7150628-
0] [8feb8ef75b4108e8e26af5819968ccc5e2ef43aca5e4b8a5c163594aac0f5bc453
e7c6fa288d33242e8204a9dbe77e104f6ff89506c4aa94a569b752f2d58ee4]]

**07-05156 Notice will be electronically mailed to:**

Michael H. Ahrens    mahrens@sheppardmullin.com

Ori Katz    okatz@sheppardmullin.com, dwhitehead@sheppardmullin.com

Julie A. Mack    jmack@ftc.gov, dabueid@ftc.gov

Walter K. Oetzell    woetzell@dgdk.com

Jeffrey K. Rehfeld    jrehfeld@sheppardmullin.com, ewalters@sheppardmullin.com

Steven B. Sacks    ssacks@sheppardmullin.com, ewalters@smrh.com

Steven J. Schwartz    sschwartz@dgdk.com

**07-05156 Notice will not be electronically mailed to:**