WILLIAM BLUMENTHAL
General Counsel

MICHAEL P. MORA
Attorney - Division of Enforcement
Federal Trade Commission
600 Pennsylvania Ave., NW - NJ 2122
Washington, DC 20580
Telephone: (202) 326-3373
Facsimile: (202) 326-2558
Email: mmora@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>　　　　　　Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>　　　　　　Defendant-Appellant. | No. 5:07-cv-5758-JW<br>(Bankruptcy Appeal)<br>Date: June 16, 2008<br>Time: 9:00 a.m.<br>Courtroom 8 |
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Movant,<br><br>v.<br><br>THE BILLING RESOURCE, dba Integretel,<br>a California corporation,<br><br>　　　　　　Respondent. | No. C:08-00341-JW<br>(Bankruptcy Motion to Withdraw Reference)<br>Date: April 21, 2008<br>Time: 9:00 a.m.<br>Courtroom 8 |

**PROPOSED ORDER FOR <u>REVISED</u> BRIEFING SCHEDULE CONCERNING APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER AND THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**

Pursuant to the Stipulation concerning <u>revised</u> briefing schedule among Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties"), and the Court's Order and Stipulation as Modified by the Court dated March 7, 2008 [DE 71 in Case No. 07-cv-5758-JW], it is hereby ORDERED that:

1. As to the pending appeals by the Commission and the Receiver in related Case Nos. 07-cv-5758-JW and 07-cv-6210-JW:

    a. The Commission's and the Receiver's opening briefs shall be filed and served electronically on or before April 7, 2008;

    b. Integretel's appellee brief shall be filed and served electronically on or before May 8, 2008;

    c. The Commission's and the Receiver's reply briefs shall be filed and served electronically on or before May 23, 2008; and

    d. Oral argument shall take place on **June 16, 2008, at 9:00 a.m.**

2. As to the Commission's motion for withdrawal of reference in related Case No. 08-cv-341-JW:

    a. The Commission's opening memorandum already has been filed;

    b. Integretel's opposition to the Commission's memorandum has already been filed;

    c. The Receiver's joinder was filed on March 7, 2008;

d. Integretel's response to the Receiver's joinder shall be filed and served electronically on or before **March 17, 2008**;

e. The Commission's reply memorandum shall be filed and served electronically on or before **March 21, 2008**; and

f. Oral argument shall take place on ~~April 21, 2008 at 9:00 a.m.~~ **April 28, 2008 at 9 A.M.**

Dated: March 19, 2008

/s/ James Ware
JAMES WARE
United States District Judge