1 WILLIAM BLUMENTHAL
2 General Counsel

3 JOHN F. DALY
4 Deputy General Counsel - Litigation

5 JOHN ANDREW SINGER
Attorney - Office of the General Counsel
6 Federal Trade Commission
7 600 Pennsylvania Ave., NW
Washington, DC  20580
8 Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
9 Email: jsinger@ftc.gov

10 MICHAEL MORA
11 JULIE MACK
Attorneys - Division of Enforcement
12 Bureau of Consumer Protection

13
ATTORNEYS FOR FEDERAL
14 TRADE COMMISSION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>    Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>    Defendant-Appellant. | Nos.  5:07-CIV-5758-JW,<br>        5:07-CIV-6210-JW,<br>        08-CIV-341-JW, and<br>        08-CIV-1637-JF<br><br>Date:  June 16, 2008<br>Time:  9:00 a.m.<br>Place:  280 S. First Street<br>        San Jose, CA<br>Judge: Hon. James Ware<br>Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**(PROPOSED) ORDER GRANTING
JOINT ADMINISTRATIVE MOTION BY DEFENDANTS-APPELLEES FEDERAL TRADE
COMMISSION AND DAVID R. CHASE, P.A. TO CONSOLIDATE AS RELATED
APPEAL OF BANKRUPTCY COURT'S MARCH 18, 2008, ORDER EXTENDING
PRELIMINARY INJUNCTION ENJOINING PROSECUTION OF LAW ENFORCEMENT
ACTION AGAINST DEBTOR WITH THE OTHER APPEALS FROM
BANKRUPTCY COURT PENDING BEFORE THIS COURT**

The Joint Administrative Motion and Stipulation for Consolidation of Appeals filed by defendant-appellant the Federal Trade Commission, defendant-appellant David R. Chase P.A., and debtor-plaintiff-appellee The Billing Resource dba Integretel is hereby GRANTED. Finding that the appeal of the Commission of a bankruptcy court order entered on March 18, 2008, and docketed in this Court at No. 08-CIV-1637-JF, is related to prior appeals from the bankruptcy court pending before this Court at No. 5:07-CIV-5758-JW, the Commission's appeal of the March 18, 2008, bankruptcy court order is hereby ORDERED that it be consolidated with these prior appeals. It is further ORDERED that the appeal of the March 18, 2008, bankruptcy court order shall be briefed along with these prior appeals pursuant to the schedule set out in Dkt Item No. 75 in No. 5:07-CIV-5758-JW.

So ORDERED on March ___, 2008.

_____
United States District Judge