**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba Integretal, a California corporation,<br><br>Debtor. | USDC Case No. C-07-06210-JW<br><br>(Related to USDC Case No. C-07-05758-JW)<br><br>Bankruptcy Case No. 07-52890-ASW<br><br>[Chapter 11] |
| DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, Inc., et. al,<br><br>Appellant,<br><br>vs.<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>Appellee. | Adv. Proc. No. 07-05156 ASW<br><br>**EXCERPTS OF RECORD OF APPELLANT DAVID A. CHASE, FEDERAL RECEIVER**<br><br>**[Volumes 1 through 7]**<br>**[Pages 0001 - 3920]**<br><br>Date: June 16, 2008<br>Time: 9:00 a.m.<br>Place: 280 S. First Street<br>San Jose, CA<br>Judge: Hon. James Ware<br>Ctrm: 8 – 4th Floor |

Howard Kollitz [State Bar No. 059611],
Walter K. Oetzell [State Bar No. 109769] and
Steven J. Schwartz [State Bar No. 200586] of
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email: hkollitz@dgdk.com
Email: woetzell@dgdk.com
Email: sschwartz@dgdk.com

Attorneys for Defendant/Appellant, David R. Chase, as Receiver

# INDEX TO APPELLANT'S EXCERPTS OF RECORD

## VOLUME 1 of 7


| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 1 | Voluntary Petition (07-52890)<br><br>Filed: September 16, 2007 | 0001 |
| 2 | Debtor's Emergency Motion to Use Cash Collateral and Granting Replacement Liens (07-52890)<br><br>Filed: September 17, 2007 | 0004 |
| 3 | Declaration of Ken Dawson in Support of Emergency Motion For Use of Cash Collateral and Granting Replacement Liens (07-52890)<br><br>Filed: September 17, 2007 | 0060 |
| 4 | Opposition of Federal Receiver To: (1) Emergency Motion For Use of Cash Collateral And Granting Replacement Liens; (2) Emergency Motion For Order Authorizing Use of Existing Bank Accounts And Cash Management Systems; And (3) Ex Parte Application For Order Approving Ken Dawson As Debtor's Designated Responsible Individual; Memorandum of Points And Authorities (07-52890)<br><br>Filed: September 19, 2007 | 0112 |
| 5 | First Request For Judicial Notice of David R. Chase, Federal Receiver, In Opposition To: (1) Emergency Motion For Use of Cash Collateral And Granting Replacement Liens; (2) Emergency Motion For Order Authorizing Use of Existing Bank Accounts And Cash Management Systems; And (3) Ex Parte Application For Order Approving Ken Dawson As Debtor's Designated Responsible Individual (07-52890)<br><br>Filed: September 19, 2007 | 0123 |
| 6 | Declaration of David R. Chase, Federal Receiver in Opposition of (1) Emergency Motion for Use of Cash Collateral and Granting Replacement Liens; (2) Emergency Motion for Order Authorizing Use of Existing Bank Accounts and Cash Management Systems; and (3) Ex Parte Application for Order Approving Ken Dawson As Debtor's Designated Responsible Individual; Memorandum of Points and Authorities. (07-52890)<br><br>Filed: September 19, 2007 | 0137 |

**VOLUME 2 of 7**


| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 7 | Complaint for Declaratory Relief, Temporary Restraining Order, and Preliminary Injunction (The Billing Resource, dba Integretel - Plaintiff) (Adv. 07-5156)<br><br>Filed: September 19, 2007 | 0593 |
| 8 | Debtor's Reply to Opposition of Receiver To (1) Emergency Cash Collateral Motion; (2) Emergency Cash management Motion; And (3) Ex Parte Application For Motion Appointment of Ken Dawson As Debtor's Responsible Individual And in Support of Debtor's Motions (07-52890)<br><br>Filed: September 20, 2007 | 0606 |
| 9 | Federal Trade Commission's Notice of District Court order Granting Motion For Clarification As To Scope of Stay In FTC Enforcement Action (07-52890)<br><br>Filed: September 21, 2007 | 0618 |
| 10 | Federal Trade Commission's Notice of Pending Enforcement Action And Related Proceedings Against Debtor (07-52890)<br><br>Filed: September 21, 2007 | 0625 |
| 11 | Supplemental Memorandum of Debtor in Support of Motion to Approve Use of Cash Collateral and in Reply to Certain Further objections to Such Use (07-52890)<br><br>Filed: September 24, 2007 | 0643 |
| 12 | Federal Receiver's Supplemental Opposition To Motion For Authority To Use Cash Collateral With Memorandum of Points and Authorities (07-52890)<br><br>Filed: September 24, 2007 | 0772 |
| 13 | Federal Receiver's Second Request For Judicial Notice of David R. Chase, Federal Receiver, In Opposition To: (1) Emergency Motion For Use of Cash Collateral And Granting Replacement Liens; (2) Emergency Motion For Order Authorizing Use of Existing Bank Accounts And Cash Management Systems; And (3) Ex Parte Application For Order Approving Ken Dawson As Debtor's Designated Responsible Individual (07-52890)<br><br>Filed: September 24, 2007 | 0793 |
| 14 | Plaintiff's Emergency Motion For Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief (Adv. 07-5156)<br><br>Filed: September 24, 2007 | 0808 |
| 15 | Declaration of Steven B. Sacks In Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Adv. 07-5156)<br><br>Filed: September 24, 2007 | 0851 |

| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 16 | Federal Receiver's Memorandum of Points and Authorities In Opposition to Emergency Motion For Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief (Adv. 07-5156)<br><br>Filed: September 25, 2007 | 0896 |
| 17 | Debtor's Omnibus Reply To Objections To Debtor's Emergency Cash Collateral Motion (07-52890)<br><br>Filed September 25, 2007 | 0906 |
| 18 | Debtor's Notice of Filing Debtor's Emergency Motion For Stay Pending Appeal (07-52890)<br><br>Filed: September 25, 2007 | 0916 |
| 19 | Order Approving Interim Use of Cash Collateral And Granting Replacement Liens And Approving First Amended Stipulation With Paymentone Corporation Regarding Use of Cash Collateral And Adequate Protection On An Interim Basis (07-52890)<br><br>Entered: September 26, 2007 | 0971 |
| 20 | Plaintiff's Supplemental Memorandum In Support of Request For Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction And Declaratory Relief (Adv. 07-5156)<br><br>Filed : September 28, 2007 | 0985 |
| 21 | Stipulation Between Debtor and David R. Chase As Receiver Regarding Placement of Funds Into A Segregated, Blocked Bank Account And Stay of Certain Litigation Proceedings (07-52890)<br><br>Filed: October 1, 2007 | 0995 |
| 22 | Federal Trade Commission's Supplemental Opposition to Debtor's Emergency Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief (Adv. 07-5156)<br><br>Filed: October 1, 2007 | 1000 |
| 23 | Transcript of September 21, 2007 Hearing on Emergency Motion For Use of Cash Collateral; Motion To Approve Responsible Party; Motion Re Cash Management (07-52890)<br><br>Filed October 3, 1007 | 1009 |
| 24 | Transcript of September 26, 2007 Continued Hearing on Emergency Motion For Use of Cash Collateral And Granting Replacement Liens; Motion For Temporary Restraining Order And Order To Show Cause re Preliminary Injunction and Declaratory Relief (Adv. 07-5156)<br><br>Filed: October 3, 2007 | 1075 |

| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 25 | Order Denying Temporary Restraining Order Ad Order To Show Cause Re Preliminary Injunction (Adv. 07-5156)<br><br>Entered: October 10, 2007 | 1156 |
| 26 | Federal Receiver's Second Supplemental Opposition To Motion For Authority To Use Cash Collateral; Memorandum of Points And Authorities (07-52890)<br><br>Filed: October 10, 2007 | 1161 |
| 27 | Third Request for Judicial Notice o David R. Chase, Federal Receiver In Opposition To Motion For Authority To Use Cash Collateral (07-52890)<br><br>Filed: October 10, 2007 | 1181 |


**VOLUME 3 of 7**


| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 28 | Debtor's Memorandum of Points And Authorities In Support of Use of Cash Collateral On A Further Interim Basis Including Approval of First Amended Paymentone Stipulation Through And Including November 2, 2007 And Omnibus Reply To Objections To Debtor's Cash Collateral Motion (07-52890)<br><br>Filed: October 11, 2007 | 1207 |
| 29 | Supplemental Declaration of Ken Dawson In Support of Use of Cash Collateral On A Further Interim Basis Including Approval of First Amended Paymentone Stipulation Through And Including November 2, 2007 And Omnibus Reply To Debtor's Cash Collateral Motion (07-52890)<br><br>Filed: October 11, 2007 | 1256 |
| 30 | Declaration of Paul Weber In Support of Use of Cash Collateral On A Further Interim Basis Including Approval of First Amended Paymentone Stipulation Through And Including November 9, 2007 And Omnibus Reply To Debtor's Cash Collateral Motion (07-52890)<br><br>Filed: October 11, 2007 | 1283 |
| 31 | Debtor's Supplemental Memorandum of Points And Authorities in Support of Motion For Preliminary Injunction (Adv. 07-5156)<br><br>Filed: October 12, 2007 | 1308 |
| 32 | Fourth Request For Judicial Notice of David R. Chase, Federal Receiver In Opposition To Motion For Authority To Use Cash Collateral (07-52890)<br><br>Filed: October 12, 2007 | 1372 |

**VOLUME 4 of 7**



| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 33 | Federal Receiver's Request For Judicial Notice In Response To Order To Show Cause re: Preliminary Injunction (Adv. 07-5156)<br><br>Filed: October 12, 2007 | 1850 |



**VOLUME 5 of 7**



| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 34 | Transcript of October 2, 2007 Continued Hearing on Emergency Motion For Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction and Declaratory Relief (Adv. 07-5156)<br><br>Filed October 12, 2007 | 2456 |
| 35 | Response of The Federal Receiver To Debtor's Motion For Use of Case Collateral (07-52890)<br><br>Filed: October 15, 2007 | 2514 |
| 36 | Federal Receiver's Opposition to Motion For Preliminary Injunction; Memorandum of Points And Authorities (Adv. 07-5156)<br><br>Filed: October 15, 2007 | 2522 |
| 37 | Federal Trade Commission's Supplemental Opposition to Debtor's Emergency Motion For Preliminary Injunction (Adv. 07-5156)<br><br>Filed: October 15, 2007 | 2552 |
| 38 | Fifth Request For Judicial Notice of David R. Chase, Federal Receiver In Opposition To Debtor's Motion To Release Segregated Funds (07-52890)<br><br>Filed: October 16, 2007 | 2627 |
| 39 | Federal Receiver's Opposition And Objections To Debtor's Motion To Release Segregated Funds (07-52890)<br><br>Filed: October 16, 2007 | 2638 |
| 40 | Further Order Approving Interim Use of Cash Collateral and Granting Replacement Liens and Approving First Amended Stipulation With Paymentone Corporation Regarding Use of Cash Collateral and Adequate Protection on An Interim Basis Through and Including November 2, 2007 (07-52890)<br><br>Entered: October 16, 2007 | 2649 |

| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 41 | Motion of Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1) (Adv. 07-5156)<br><br>Filed: October 19, 2007 | 2667 |
| 42 | Memorandum of Points and Authorities in Support of Motion of Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1) (07-52890)<br><br>Filed: October 19, 2007 | 2670 |
| 43 | Second Request of Federal Receiver Pursuant To FRE Rule 201(D) For Judicial Notice In Support of Motion of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1) (Adv. 07-5156)<br><br>Filed October 19, 2007 | 2679 |
| 44 | Transcript of October 15, 2007 Hearing on: a) Final Meeting Re Emergency Motion for Use of Cash Collateral and Granting Replacement Liens by Debtor; b) Supplemental Opposition by Federal Trade Commission ; c) Second Supplemental Opposition By David R. Chase, Federal Receiver of Access One Communications, Inc. and Network One Services, Inc.; d) Opposition to Supplemental Memorandum By Thermo Credit, LLC; e) Second Supplemental Objection By Public Communications Services; f) Objection By United States Trustee; g) Renewed Opposition By POL, Inc.; h) Objection By Personal Voice, Inc.; i) Reply In Support of Motion By Paymentone Corp. (07-52890)<br><br>Filed: October 22, 2007 | 2739 |
| 45 | Answer of Federal Trade Commission to Debtor's Complaint For Declaratory and Injunctive Relief (Adv. 07-5156)<br><br>Filed: October 24, 2007 | 2818 |
| 46 | Sixth Request For Judicial Notice of David R. Chase, Federal Receiver In Opposition To Debtor's Motions For Use of Cash Collateral; To Pay Prepetition Wages, Salaries And Benefits; And To Authorize Use of Cash Management System And Bank Accounts (07-52890)<br><br>Filed: October 25, 2007 | 2827 |
| 47 | Transcript of October 16, 2007 (Telephonic) Final Hearing on emergency Use of Cash Collateral and Granting Replacement Liens By Debtor; and Supplemental Oppositions (07-52890)<br><br>Filed: October 28, 2007 | 2831 |
| 48 | Transcript of October 17, 2007 Hearing on Plaintiff 's Motion For Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief (Adv. 07-5156)<br><br>Filed: October 28, 2007 | 2847 |

| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 49 | Chapter 11 Monthly Operating Report (General Business Case) (07-52890)<br><br>Filed: October 29, 2007 | 2949 |
| 50 | Debtor's Memorandum of Points and Authorities in Support of Use of Cash Collateral On A Further Interim Basis Including Approval of First Amended Paymentone Stipulation Through and Including November 16, 2007 and Omnibus Reply to Objections to Debtor's Cash Collateral Motion (07-52890)<br><br>Filed October 30, 2007 | 2956 |
| 51 | Further Order Approving Interim Use of Cash Collateral and Granting Replacement Liens and Approving First Amended Stipulation With Paymentone Corporation Regarding Use of Cash Collateral and Adequate Protection on A Further Interim Basis Through and Including November 16, 2007 (07-52890)<br><br>Entered: November 2, 2007 | 2984 |


**VOLUME 6 of 7**


| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 52 | Memorandum Decision Re Order To Show Cause Regarding Preliminary Injunction (Adv. 07-5156)<br><br>Filed: November 2, 2007 | 3002 |
| 53 | Objection To Integretel's Form of Proposed Order Granting Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction (Adv. 07-5156)<br><br>Filed: November 6, 2007 | 3066 |
| 54 | Debtor's Response to Receiver's Objection to Proposed Form of Order Granting Temporary Restraining Order (Adv. 07-5156)<br><br>Filed November 7, 2007 | 3077 |
| 55 | Debtor's Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction (Adv. 07-5156)<br><br>Filed November 7, 2007 | 3095 |
| 56 | Order Granting Motion for Preliminary Injunction (Adv. 07-5156)<br><br>Entered November 7, 2007 | 3107 |
| 57 | Federal Receiver's Third Request For Judicial Notice In Response To Order To Show Cause Why Preliminary Injunction Should Not Be Issued (Adv. 07-5156)<br><br>Filed: November 9, 2007 | 3112 |

| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 58 | Federal Trade Commission's Supplemental Opposition to Debtor's Emergency Motion for Preliminary Injunction as to Contempt Proceeding (Adv. 07-5156)<br><br>Filed: November 9, 2007 | 3117 |
| 59 | Federal Receiver's Response To Order To Show Cause Why Preliminary Injunction Should Not Be Issued; Memorandum of Points And Authorities In Support Thereof (Adv. 07-5156)<br><br>Filed: November 9, 2007 | 3124 |
| 60 | Seventh Request For Judicial Notice of David R. Chase, Federal Receiver In Limited Objection To Cash Collateral Order (07-52890)<br><br>Filed: November 12, 2007 | 3139 |
| 61 | Federal Receiver's Limited Objection To Cash Collateral Order (07-52890)<br><br>Filed: November 12, 2007 | 3144 |
| 62 | Debtor's Reply in Support of Motion for Preliminary Injunction (Adv. 07-5156)<br><br>Filed: November 13, 2007 | 3149 |
| 63 | Debtor's Memorandum of Points and Authorities in Support of Use of Cash Collateral on A Further Interim Basis Including Approval of First Amended Paymentone Stipulation Through and Including November 30, 2007 and Ominbus Reply to Objections to Debtor's Cash Collateral Motion (07-52890)<br><br>Filed: November 14, 2007 | 3158 |
| 64 | Transcript of 11/2/07 Hearing on a) Final Hearing Re Emergency Motion for Use of Cash Collateral and Granting replacement Liens and Approving First Amended Stipulation with Paymentone Corporation Regarding Use of Cash Collateral and Adequate Protection By Debtor; b) Limited Supplemental Opposition By Federal Trade Commission; c) Limited Opposition By David R. Case, Federal Receiver of Access One Communications, Inc. and Network One Services, Inc.; d) Opposition to Supplemental Memorandum By Thermo Credit, LLC; e) Second Supplemental Objection By Public Communications Services; f) Objection By United States Trustee; g) Renewed Opposition By POL, Inc.; (h) Renewed Objection By Personal Voice, Inc.; i) Reply in Support of Motion By Paymentone Corp.; j) Notice of Status Conference in Chapter 11; k) Motion for Order Supplemental Order Authorizing Use of Existing Cash Management System and Bank Accounts To Limited Extent To Address The Customer Billing Transactions Submitted To The Debtor Post-Petition, To Authorize The Debtor To Open Client Reserve Accounts, and To Open Additional Debtor In Possession Bank Accounts By Debtor (07-52890) | 3183 |

| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| | Filed: November 14, 2007 | |
| 65 | Transcript of November 5, 2007 Emergency Hearing Re Motion for Restraining Order to Stay Enforcement of Omnibus Order By Plaintiff The Billing Resource, dba Integretel (Adv. 07-5156)<br><br>Filed: November 14, 2007 | 3234 |
| 66 | Notice of Errata Re: Federal Receiver's Response To Order To Show Cause Why Preliminary Injunction Should Not Be Issued; Memorandum of Points and Authorities in Support Thereof<br>(Adv. 07-5156)<br><br>Filed: November 14, 2007 | 3267 |
| 67 | Further Order Approving Interim Use of Cash Collateral and Granting Replacement Liens and Approving First Amended Stipulation With Paymentone Corporation Regarding Use of Cash Collateral and Adequate Protection on A Further Interim Basis Through and Including November 30, 2007 (07-52890)<br><br>Entered: November 16, 2007 | 3274 |
| 68 | Order Granting Temporary Restraining Order and Order To Show Cause Re Preliminary Injunction (Adv. 07-5156)<br><br>Entered: November 16, 2007 | 3292 |
| 69 | Federal Trade Commission's Post-Hearing Objection to Duration of (Or Alternatively, Motion to Modify) Temporary Restraining Order As To Contempt Proceeding and Memorandum in Support Thereof (Adv. 07-5156)<br><br>Filed: November 19, 2007 | 3298 |
| 70 | Federal Receiver's Limited Objection To Cash Collateral Order (07-52890)<br><br>Filed: November 26, 2007 | 3303 |
| 71 | Federal Trade Commission's Limited Fourth Supplemental Opposition to Emergency Motion for Use of Cash Collateral (07-52890)<br><br>Filed: November 26, 2007 | 3311 |
| 72 | Order Granting Motion for Preliminary Injunction (Adv. 07-5156)<br><br>Entered: November 28 2007 | 3314 |
| 73 | Debtor's Motion for Leave to File An Amended Complaint (Adv. 07-5156)<br><br>Filed: November 30, 2007 | 3320 |
| 74 | Amended Order Granting Motion for Preliminary Injunction (Adv. 07-5156)<br><br>Entered: November 28, 2007 | 3343 |

| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 75 | Transcript of November 16, 2007 re a) Final Hearing Re Emergency Motion for Use of Cash Collateral and Granting Replacement Liens and Approving First Amended Stipulation with Paymentone Corporation re Use of Cash Collateral and Adequate Protection by Debtor; Limited Objection by David R. Chase; and Status Conference Re Application for Order Approving Employment of Pachulski, Stang As Committee Counsel by Debtor (Adv. 07-5156)<br><br>Filed: November 28, 2007 | 3348 |
| 76 | Opposition of Federal Receiver To Motion for Leave to File An Amended Complaint (Adv. 07-5156)<br><br>Filed: December 3, 2007 | 3438 |


**VOLUME 7 of 7**


| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 77 | Federal Trade Commission's Opposition to Debtor's Motion for Leave to File Amended Complaint (Adv. 07-5156)<br><br>Filed: December 3, 2007 | 3446 |
| 78 | Debtor's Reply in Support of Motion for Leave to File An Amended Complaint (Adv. 07-5156)<br><br>Filed: December 4, 2007 | 3454 |
| 79 | Transcript of November 27, 2007 Hearing on (a) Motion for Order to Show Cause Regarding Preliminary Injunction Re Order to Stay Enforcement of Omnibus Order (b) Supplemental Opposition By Federal Trade Commission; (c) Response BY David R. Chase (Adv. 07-5156)<br><br>Filed: December 4, 2007 | 3461 |
| 80 | Notice of Appeal Filed by Defendant/Appellant David R. Chase as Federal Receiver (Adv. 07-5156)<br><br>Filed: December 6, 2007 | 3505 |
| 81 | Statement of Election to Have Appeal Heard By District Court Made By Defendant/Appellant David R. Chase, As Federal Receiver (Adv. 07-5156)<br><br>Filed: December 6, 2007 | 3523 |
| 82 | Further Order Approving Interim Use of Cash Collateral And Granting Replacement Liens And Approving First Amended Stipulation With Paymentone Corporation Regarding Use of Cash Collateral And Adequate Protection On A Further Interim Basis Through And Including December 17, 2007 (07-52890)<br><br>Entered: December 7, 2007 | 3529 |

| Tab | TITLE OF DOCUMENT | Page |
|---|---|---|
| 83 | Transcript of November 26, 2007 Continued from November 21, 2007 Plaintiff's Motion for Order to Show Cause Re Preliminary Injunction re order to Stay Enforcement of Omnibus Order Including the Court's Rulings (Adv. 07-5156)<br><br>Filed: December 10, 2007 | 3548 |
| 84 | Federal Receiver's Fourth Request For Judicial Notice In Adversary Proceeding (Adv. 07-5156)<br><br>Filed: December 14, 2007 | 3620 |
| 85 | Transcript of December 7, 2007 Hearing on a) Motion for Order to Show Cause Re Preliminary Injunction and Declaratory Relief' b) Opposition by Defendant Federal Trade Commission; c) Opposition by David R. Chase Federal Receiver of Access One Communications, Inc. and Network One Services, Inc.; d) Motion to Dismiss Complaint Per FRCP Rule 12(b)(1) By Defendant, David Chase, as Receiver; 3) Opposition By Plaintiff; f) Motion for Leave to File an Amended Complaint by Plaintiff; g) Opposition By David R. Chase, Federal Receiver of Access One Communications, Inc. and Network One Services, Inc. (Adv. 07-5156)<br><br>Filed: December 28, 2007 | 3754 |
| 86 | Transcript of November 21, 2007 Hearing on Plaintiff's Motion for Order To Show Cause Regarding Preliminary Injunction Re Order to Stay Enforcement of Omnibus Order<br><br>Filed: December 14, 2007 | 3795 |
| 87 | The Billing Resource dba Integretel U.S. Bankruptcy Court Northern District of CA (San Jose) Main Case Docket (07-52890) | 3821 |
| 88 | The Billing Resource v. David R. Chase; Federal Trade Commission U.S. Bankruptcy Court Northern District of CA (San Jose) Adversary Proceeding Docket (07-5156) | 3895 |