|  |  | *Opposition to Debtor's Emergency Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief* (RE: related document(s)17 Opposition Brief/Memorandum, ). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 10/04/2007) |
|---|---|---|
| 10/04/2007 | 21 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)18 Order on Motion to Show Cause, Order on Motion for Preliminary Injunction, Order on Motion for Temporary Restraining Order). Service Date 10/04/2007. (Admin.) (Entered: 10/04/2007) |
| 10/10/2007 | 22 | Order Denying Motion for Temporary Restraining Order (Related Doc # 6) (aw, ) (Entered: 10/11/2007) |
| 10/12/2007 | 23 | Memorandum of Points and Authorities in Support of *Motion for Preliminary Injunction* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order,, 13 Memo of Points & Authorities, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Declaration of Ken Dawson# 2 Exhibit 1 to Dawson Declaration# 3 Exhibit 2 to Dawson Declaration# 4 Exhibit 3 to Dawson Declaration# 5 Declaration of Paul Weber# 6 Exhibit A to Weber Declaration# 7 Exhibit B to Weber Declaration# 8 Exhibit C to Weber Declaration) (Katz, Ori) (Entered: 10/12/2007) |
| 10/12/2007 | 24 | Transcript, Date of Hearing: Oct. 2, 2007 *emergency motion on TRO and order to show cause.* (Palmer, Susan) (Entered: 10/12/2007) |
| 10/12/2007 | 25 | First Request To Take Judicial Notice *of Federal Receiver in Response to Order to Show Cause Re: Preliminary Injunction.* Filed by Defendant David R Chase (Attachments: # 1 Appendix # 2 Appendix # 3 Appendix # 4 Appendix # 5 Appendix # 6 Appendix # 7 Appendix # 8 Appendix # 9 Appendix # 10 Appendix) (Schwartz, Steven) ERROR: EXHIBITS SHOULD BE AN ATTACHMENT. Modified on 10/15/2007 (aw, ). (Entered: 10/12/2007) |
| 10/12/2007 | 26 | Certificate of Service (RE: related document(s)23 Memo of Points & Authorities,, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 10/12/2007) |
| 10/13/2007 | 27 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)22 Order on Motion for Temporary Restraining Order). Service Date 10/13/2007. (Admin.) (Entered: 10/13/2007) |
| 10/15/2007 | 28 | Brief/Memorandum in Opposition to *Motion for Preliminary Injunction* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant David R Chase (Schwartz, |

| | | |
|---|---|---|
| | | Steven) (Entered: 10/15/2007) |
| 10/15/2007 | 29 | Supplemental Brief/Memorandum in Opposition to *Debtor's Emergency Motion for Preliminary Injunction* (RE: related document (s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Attachments: # 1 Declaration of Collot Guerard# 2 Declaration Exhibits A-E) (Mack, Julie) ERROR: WRONG EVENT CODE SELECTED. Modified on 10/16/2007 (aw, ). (Entered: 10/15/2007) |
| 10/15/2007 | 30 | Certificate of Service (RE: related document(s)28 Opposition Brief/Memorandum, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/15/2007) |
| 10/15/2007 | 31 | Certificate of Service (RE: related document(s)25 Request To Take Judicial Notice, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/15/2007) |
| 10/15/2007 | 32 | Certificate of Service *of Federal Receiver's Second Supplemental Opposition to Motion for Authority to Use Cash Collateral; Memorandum of Points and Authorities.* Filed by Defendant David R Chase (Schwartz, Steven) ERROR: LINKAGE. FYI: COURT UNABLE TO ADD LINKAGE DUE TO LOCATING PLEADING TITLED SECOND SUPPLEMENTAL OPPOSITION ON COURT DOCKET.Modified on 10/16/2007 (aw, ). (Entered: 10/15/2007) |
| 10/17/2007 | | Courtroom Hearing Held (RE: multi-part motion - related document (s) 6 ) (Under submission; the status conference to be held in the main case (07-52890) is continued from 10/26/07 at 2:00 PM to 11/2/07 at 1:00 PM.)(tb, ) (Entered: 10/18/2007) |
| 10/19/2007 | 33 | Motion to Dismiss Adversary Proceeding *Motion of Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)* Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | 34 | Memorandum of Points and Authorities in of *Federal Receiver in Support of Motion to Dismiss Complaint Pursuant to FRCP Rule 12 (b)(1)* (RE: related document(s)33 Motion to Dismiss Adversary Proceeding). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | 35 | Second Request To Take Judicial Notice *of Federal Receiver Pursuant to FRE Rule 201(d) in Support of Motion to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)* (RE: related document(s) 33 Motion to Dismiss Adversary Proceeding. Filed by Defendant David R Chase (Attachments: # 1 Appendix) (Schwartz, Steven) (Entered: 10/19/2007) |

RER-88    3901
4/4/2008

| | | |
|---|---|---|
| 10/19/2007 | <u>36</u> | Notice of Hearing (RE: related document(s)<u>33</u> Motion to Dismiss Adversary Proceeding filed by Defendant David R Chase). Hearing scheduled for 11/27/2007 at 03:00 PM at San Jose Courtroom 3020 - Weissbrodt. Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | <u>37</u> | Certificate of Service *of <u>36</u> Notice Of Hearing On Motion Of Federal Receiver To Dismiss Complaint Pursuant To Frcp Rule 12(B)(1); <u>33</u> Motion Of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1); <u>34</u> Memorandum Of Points And Authorities In Support Of Motion Of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1); <u>35</u> Second Request Of Federal Receiver Pursuant To FRE Rule 201(d) For Judicial Notice In Support Of Motion Of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1).* Filed by Defendant David R Chase (Schwartz, Steven) ERROR: LINAKGE. CORRECTIVE ENTRY: COURT ADDED LINKAGE AND MODIFIED DOCKET TEXT. Modified on 10/22/2007 (aw, ). (Entered: 10/19/2007) |
| 10/23/2007 | <u>38</u> | Certificate of Service (RE: related document(s)<u>29</u> Opposition Brief/Memorandum, ). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 10/23/2007) |
| 10/24/2007 | <u>39</u> | Answer to Complaint *of Debtor for Declaratory and Injunctive Relief* Filed by Federal Trade Comission. (Attachments: # <u>1</u> Certificate of Service)(Mack, Julie) (Entered: 10/24/2007) |
| 10/28/2007 | <u>40</u> | Transcript, Date of Hearing: Oct. 17, 2007 *plaintiff's motion.* (Palmer, Susan) (Entered: 10/28/2007) |
| 11/02/2007 | <u>41</u> | Memorandum Decision RE: Order To Show Cause Regarding Preliminary Injunction (RE: related document(s)<u>6</u> Motion for Order to Show CauseMotion for Preliminary InjunctionMotion for Temporary Restraining Order filed by Plaintiff The Billing Resource). (Attachments: # <u>1</u> Part II -Pages 41-64) (aw, ) (Entered: 11/02/2007) |
| 11/04/2007 | <u>42</u> | BNC Certificate of Mailing - Electronic Order (RE: related document (s)<u>41</u> Memorandum Decision, ). Service Date 11/04/2007. (Admin.) (Entered: 11/04/2007) |
| 11/05/2007 | | Emergency Hearing Set On (RE: related document(s)<u>6</u> Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief,* Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing scheduled for 11/5/2007 at 04:30 PM at San Jose Courtroom 3020 - Weissbrodt. (tb, ) (Entered: 11/06/2007) |

| | | |
|---|---|---|
| 11/05/2007 | | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. The Court grants a TRO effective immediately with Plaintiff preparing an order reviewed by counsel for the FTC and The Receiver and will issue an OSC as to why a preliminary injunction should not issue; the Hearing is to be held on 11/16/2007 at 10:00 AM San Jose Courtroom 3020 - Weissbrodt for 6, plaintiff to file by 6 PM PST on 11/7/07, defendants by 6 PM PST on 11/9/07, with a reply due by 6 PM PST on 11/13/07. The Debtor and The Receiver should file a joint report with the District Court. (tb, ) (Entered: 11/06/2007) |
| 11/06/2007 | 43 | Objection *to Integretel's Form of Proposed Order Granting Temporary Restraining Order and Order To Show Cause re Preliminary Injunction*. Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/06/2007) |
| 11/07/2007 | 44 | Response to *Receiver's Objection to Proposed Form of Order Granting Temporary Restraining Order* (RE: related document(s)43 Objection). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | 45 | Certificate of Service (RE: related document(s)44 Response). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | 46 | Certificate of Service (RE: related document(s)43 Objection). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | 47 | Memorandum of Points and Authorities in Support of (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Declaration of Steven B. Sacks) (Sacks, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | 48 | Certificate of Service (RE: related document(s)47 Memo of Points & Authorities, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | 49 | Order Granting Motion for Preliminary Injunction (Related Doc # 6) (aw, ) (Entered: 11/08/2007) |
| 11/08/2007 | 50 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)49 Order on Motion for Preliminary Injunction). Appellant Designation due by 11/19/2007. Transmission to District Court due by 12/10/2007. (Attachments: # 1 Exhibit A) Filed by |

| | | |
|---|---|---|
| | | Defendant Federal Trade Commission (Mack, Julie) (Entered: 11/08/2007) |
| 11/08/2007 | 51 | Statement of Election to District Court, (RE: related document(s)50 Notice of Appeal, filed by Defendant Federal Trade Comission). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/08/2007) |
| 11/09/2007 | 52 | Third Request To Take Judicial Notice *in Response to Order to Show Cause Why Preliminary Injunction Should Not Be Issued*. Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/09/2007) |
| 11/09/2007 | 53 | Courts Certificate of Mailing. Number of notices mailed: 7 (RE: related document(s)50 Notice of Appeal, ). (tm, ) (Entered: 11/09/2007) |
| 11/09/2007 | 54 | Transmittal of Record on Appeal to District Court (RE: related document(s)50 Notice of Appeal filed by Defendant Federal Trade Comission). (tm, ) (Entered: 11/09/2007) |
| 11/09/2007 | 55 | Supplemental Brief/Memorandum in Opposition to *Debtor's Emergency Motion for Preliminary Injunction as to Contempt Proceeding* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/09/2007) |
| 11/09/2007 | 56 | Response to *Federal Receiver's Response to Order to Show Cause Why Preliminary Injunction Should Not Be Issued; Memorandum of Points and Authorities in Support Thereof* (RE: related document(s) 41 Memorandum Decision, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/09/2007) |
| 11/10/2007 | 57 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)49 Order on Motion for Preliminary Injunction). Service Date 11/10/2007. (Admin.) (Entered: 11/10/2007) |
| 11/13/2007 | 58 | Reply to *Debtor's Reply in Support of Motion for Preliminary Injunction* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Certificate of Service) (Sacks, Steven) ERROR: INCORRECT LINKAGE. CORRECTIVE ENTRY: COURT REMOVED INCORRECT LINKAGE AND MODIFIED DOCKET TEXT TO SHOW CORRECT LINKAGE. Modified on 11/14/2007 (aw, ). (Entered: 11/13/2007) |
| | | |

| 11/13/2007 | 59 | Memorandum of Points and Authorities in Opposition of *The Billing Resource, dba Integretel* (RE: related document(s)33 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff The Billing Resource (Attachments: # 1 Certificate of Service) (Sacks, Steven) (Entered: 11/13/2007) |
| --- | --- | --- |
| 11/14/2007 | 60 | Transcript, Date of Hearing: 11-5-07*Emergency Hearing re Motion for Restraining Order to Stay Enforcement of Omnibus Order by Plaintiff, The Billing Resource dba Integretel, a California corporation.* (McCall, Jo) (Entered: 11/14/2007) |
| 11/14/2007 | 61 | Notice Regarding *Notice of Errata Re: Federal Receiver's Response To Order To Show Cause Why Preliminary Injunction Should Not Be Issued; Memorandum Of Points And Authorities In Support Thereof* (RE: related document(s)56 Response, filed by Defendant David R Chase). Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 11/14/2007) |
| 11/14/2007 | 62 | Certificate of Service (RE: related document(s)52 Request To Take Judicial Notice, 56 Response, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/14/2007) |
| 11/14/2007 | 69 | Notice of Docketing Record on Appeal to District Court. Case Number: C07-05758-RMW RE: related document(s)50 Notice of Appeal filed by Defendant Federal Trade Comission). (aw, ) (Entered: 11/21/2007) |
| 11/16/2007 | 63 | Order Granting Temporarily Restraining Order to Show Cause RE: Motion to Show Cause (Related Doc # 6) (aw, ) (Entered: 11/16/2007) |
| 11/16/2007 | | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing to be held on 12/7/2007 at 10:00 AM San Jose Courtroom 3020 - Weissbrodt for 6, the Court issues a temporary restraining order through 12/6/07 (if the Court doesn't have authority to issue successive 20 day TROs, parties to file a brief by 5 PM on 11/19/07). (tb, ) (Entered: 11/20/2007) |
| 11/18/2007 | 64 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)63 Order on Motion to Show Cause). Service Date 11/18/2007. (Admin.) (Entered: 11/18/2007) |
| 11/19/2007 | 65 | Appellant Designation of Contents For Inclusion in Record On Appeal *and*, Statement of Issues on Appeal,*and Certificate of Service* (RE: related document(s)50 Notice of Appeal, filed by Defendant Federal Trade Comission). Appellee designation due by 11/29/2007. |

| | | |
|---|---|---|
| | | Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/19/2007) |
| 11/19/2007 | 66 | Objection *Post-Hearing Objection to Duration of (Or Alternatively, Motion to Modify) Temporary Restraining Order as to Contempt Proceeding* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Attachments: # 1 Certificate of Service) (Mack, Julie) (Entered: 11/19/2007) |
| 11/20/2007 | 67 | Notice of Continued Hearing (RE: related document(s)33 Motion to Dismiss Adversary Proceeding filed by Defendant David R Chase). Hearing to be held on 12/7/2007 at 10:30 AM San Jose Courtroom 3020 - Weissbrodt for 33, Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 11/20/2007) |
| 11/21/2007 | 68 | Certificate of Service *Notice of Continuance of Hearing on Motion of Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1) Documents* (Related Document(s): 33 Motion of Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)). (Schwartz, Steven) CORRECTIVE ENTRY: COURT ADDED LINKAGE TO DOCUMENT #33 MOTION TO DISMISS COMPLAINT. Modified on 11/26/2007 (er, ). (Entered: 11/21/2007) |
| 11/21/2007 | | Hearing Set (per chambers request) On (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing scheduled for 11/21/2007 at 02:00 PM at San Jose Courtroom 3020 - Weissbrodt. (tb, ) (Entered: 11/21/2007) |
| 11/21/2007 | | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing to be held on 11/26/2007 at 2:00 PM San Jose Courtroom 3020 - Weissbrodt for 6,the FTC consents to the current TRO continuing in effect through COB on Monday, Nov. 26, 2007. (tb, ) (Entered: 11/21/2007) |
| 11/26/2007 | | Hearing Held (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. (tb, )The Court read its Findings of Fact and Conclusions of Law orally into the record; the debtor/plaintiff is directed not to let the funds out of California and they must be kept in a blocked, interest bearing account pending further order of the Court; the FTC and Receiver are enjoined from |

| | | |
|---|---|---|
| | | pursuing contempt proceedings, this order is effective immediately. The FTC and Receiver's request for a stay of the injunction is denied. The Preliminary Injunction currently set for 12/7/07 at 10:30 is off calendar. Debtor/Plaintiff to notice a motion to amend the complaint for 12/7/07 at 10:30, pleadings to go out by 11/27/07, a response due by 12/3/07 and reply due 12/4/07, parties to file a joint statement by noon on 12/5/07, Ms. Diemer for POL is to be served with all pleadings. Modified on 11/27/2007 (tb, ). (Entered: 11/27/2007) |
| 11/27/2007 | | Hearing Set (by the court to clarify findings of fact read into record on 11/26/07) On (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing scheduled for 11/27/2007 at 11:00 AM at San Jose Courtroom 3020 - Weissbrodt. (tb, ) (Entered: 11/27/2007) |
| 11/27/2007 | 70 | Motion to Amend *Debtor's Motion for Leave to File an Amended Complaint* Filed by Plaintiff The Billing Resource. (Attachments: # 1 Declaration Steven B. Sacks) (Sacks, Steven) (Entered: 11/27/2007) |
| 11/27/2007 | 71 | Notice of Hearing re *Debtor's Motion for Leave to File an Amended Complaint* (RE: related document(s)70 Motion to Amend filed by Plaintiff The Billing Resource). Hearing scheduled for 12/7/2007 at 10:30 AM at San Jose Courtroom 3020 - Weissbrodt. Filed by Plaintiff The Billing Resource. (Sacks, Steven) (Entered: 11/27/2007) |
| 11/27/2007 | | Courtroom Hearing Held (RE: Motion for Order to Show Cause - related document(s) 6 ) (The Court issues an amended injunction enjoining the Receiver from pursuing the contempt proceeding; parties to file briefs re the issue of a back-up order: Plaintiff/debtor to file by 3 PM PST 11/30/07 and defendants to respond NLT 3 PM 12/5/07.)(tb, ) (Entered: 11/27/2007) |
| 11/27/2007 | 72 | Certificate of Service (RE: related document(s)71 Notice of Hearing,, 70 Motion to Amend). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/27/2007) |
| 11/28/2007 | 73 | Transcript, Date of Hearing: 11-16-07*a) Motion for Order to Show Cause Regarding Preliminary Injunction re Order to Stay Enforcement of Omnibus Order; b) Supplemental Opposition by Federal Trade Commission; c) Response by David R. Chase.* (McCall, Jo) (Entered: 11/28/2007) |
| 11/28/2007 | 74 | Notice of Appeal to District Court *of Preliminary Injunction re Contempt Proceeding per 11/27/2007 Hearing*, Fee Waived. Appellant Designation due by 12/10/2007. Transmission to District Court due by 12/28/2007. (Attachments: # 1 Exhibit A) Filed by |

RER-88    3907

| | | |
|---|---|---|
| | | Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/28/2007) |
| 11/28/2007 | 75 | Statement of Election to District Court, *of Appeal of Preliminary Injunction re Contempt per 11/27/2007 Hearing and Certificate of Service* (RE: related document(s)74 Notice of Appeal, filed by Defendant Federal Trade Comission). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/28/2007) |
| 11/28/2007 | 76 | Order Granting Motion For Preliminary Injunction (Related Doc # 6) (aw, ) (Entered: 11/28/2007) |
| 11/28/2007 | 78 | Amended Order Granting Motion For Preliminary Injunction (RE: related document(s)76 Order on Motion to Show Cause). (aw, ) (Entered: 11/30/2007) |
| 11/29/2007 | 77 | Supplemental Document *: Appellee's Designation of Additional Items to be Included in the Record on Appeal of Order Granting Preliminary Injunction in* (RE: related document(s)76 Order on Motion to Show Cause). Filed by Plaintiff The Billing Resource (Sacks, Steven) ERROR: WRONG EVENT SELECTED. Modified on 12/3/2007 (tm, ). (Entered: 11/29/2007) |
| 11/29/2007 | 88 | Transmittal of Record on Appeal to District Court with Certificate of Court Mailing (RE: related document(s)74 Notice of Appeal filed by Defendant Federal Trade Comission). (aw, ) (Entered: 12/06/2007) |
| 11/29/2007 | 92 | Notice of Docketing Record on Appeal to District Court. Case Number: C07-05758RMW (RE: related document(s)74 Notice of Appeal filed by Defendant Federal Trade Comission). (aw, ) (Entered: 12/07/2007) |
| 12/01/2007 | 79 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)76 Order on Motion to Show Cause). Service Date 12/01/2007. (Admin.) (Entered: 12/01/2007) |
| 12/02/2007 | 80 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)78 Amended Order). Service Date 12/02/2007. (Admin.) (Entered: 12/02/2007) |
| 12/03/2007 | 81 | Brief/Memorandum in Opposition to *Opposition of Federal Receiver to Motion for Leave to File an Amended Complaint* (RE: related document(s)70 Motion to Amend). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/03/2007) |
| 12/03/2007 | 82 | Brief/Memorandum in Opposition to *Debtor's Motion for Leave to File Amended Complaint* (RE: related document(s)70 Motion to |

| | | |
|---|---|---|
| | | Amend). Filed by Defendant Federal Trade Comission (Attachments: # 1 Certificate of Service) (Mack, Julie) (Entered: 12/03/2007) |
| 12/04/2007 | 83 | Certificate of Service *Opposition of Federal Receiver to Motion for Leave to File an Amended Complaint* (RE: related document(s)81 Opposition Brief/Memorandum). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/04/2007) |
| 12/04/2007 | 84 | Reply to (RE: related document(s)81 Opposition Brief/Memorandum, 82 Opposition Brief/Memorandum, 70 Motion to Amend). Filed by Plaintiff The Billing Resource (Attachments: # 1 Certificate of Service) (Sacks, Steven) (Entered: 12/04/2007) |
| 12/04/2007 | 85 | Transcript, Date of Hearing: 11-27-07*a) Motion for Order to Show Cause Regarding Preliminary Injunction re Order to Stay Enforcement of Omnibus Order; b) Supplemental Opposition by Federal Trade Commission; c) Response by David R. Chase.* (McCall, Jo) (Entered: 12/04/2007) |
| 12/05/2007 | | Transcript, Date of Hearing: Nov. 21, 2007 *plaintiff's motion for order to show cause re preliminary injunction.* (Palmer, Susan) (Entered: 12/05/2007) |
| 12/05/2007 | 86 | Case Management Conference Statement *5Order for Telephonic Status Conference* . Filed by Plaintiff The Billing Resource (Sacks, Steven) ERROR: LINKAGE. CORRECTIVE ENTRY: COURT CORRECTED ERROR AND MODIFIED DOCKET TEXT TO SHOW CORRECT LINKAGE. Modified on 12/6/2007 (aw, ). (Entered: 12/05/2007) |
| 12/05/2007 | 87 | Supplemental Certificate of Service (RE: related document(s)71 Notice of Hearing,, 70 Motion to Amend). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 12/05/2007) |
| 12/06/2007 | 89 | Notice of Appeal to District Court *filed by Defendant/Appellant David R. Chase, as Federal Receiver, with Certificate of Service*, Fee Amount $ 255. (RE: related document(s)78 Amended Order). Appellant Designation due by 12/17/2007. Transmission to District Court due by 1/7/2008. Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/06/2007) |
| 12/06/2007 | | Receipt of filing fee for Notice of Appeal(07-05156) [appeal,ntcapl] ( 255.00). Receipt number 4894378, amount $ 255.00 (U.S. Treasury) (Entered: 12/06/2007) |
| 12/06/2007 | 90 | Statement of Election to District Court,*Made By Defendant/Appellant David R. Chase, as Federal Receiver, with Certificate of Service* (RE: |

| | | |
|---|---|---|
| | | related document(s)89 Notice of Appeal, filed by Defendant David R Chase). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/06/2007) |
| 12/07/2007 | 91 | Joint Case Management Conference Statement 5Order for Telephonic Status Conference*of the Federal Trade Commission and The Federal Receiver, with Certificate of Service*. Filed by Defendant David R Chase (Oetzell, Walter)ERROR: LINKAGE. CORRECTIVE ENTRY: COURT ADDED LINKAGE AND MODIFIED DOCKET TEXT TO SHOW LINKAGE. Modified on 12/10/2007 (aw, ). (Entered: 12/07/2007) |
| 12/07/2007 | | Courtroom Hearing Held (RE: Motion to Dismiss Adversary Proceeding - related document(s) 33 ) (DENIED.)(tb, ) (Entered: 12/07/2007) |
| 12/07/2007 | | Courtroom Hearing Held (RE: Motion to Amend - related document (s) 70 ) (APPROVED.)(tb, ) (Entered: 12/07/2007) |
| 12/07/2007 | | Courtroom Hearing Continued (RE: Order for Telephonic Status Conference - related document(s) 5 ) (Continued to 1/4/2008 03:15 PM at San Jose Courtroom 3020 - Weissbrodt) (continued per hearing 12/7/07.)(tb, ) (Entered: 12/07/2007) |
| 12/07/2007 | 93 | Transmittal of Record on Appeal to District Court (RE: related document(s)89 Notice of Appeal filed by Defendant David R Chase). (aw, ) (Entered: 12/07/2007) |
| 12/07/2007 | 94 | Notice of Docketing Record on Appeal to District Court. Case Number:C07-06210-JF (RE: related document(s)89 Notice of Appeal filed by Defendant David R Chase). (aw, ) (Entered: 12/07/2007) |
| 12/10/2007 | | Transcript, Date of Hearing: Nov. 26, 2007 *continued hearing on plaintiff's motion for order to show cause, including The Court's Rulings.* (Palmer, Susan)ERROR: PDF NOT ATTACHED. Modified on 12/11/2007 (be, ). (Entered: 12/10/2007) |
| 12/10/2007 | 95 | Appellant Designation of Contents For Inclusion in Record On Appeal , Statement of Issues on Appeal,*re November 28, 2007 Amended Order Granting Motion for Preliminary Injunction, and Certificate of Service* (RE: related document(s)74 Notice of Appeal, filed by Defendant Federal Trade Comission,). Appellee designation due by 12/20/2007. Filed by Defendant Federal Trade Comission (Mack, Julie)CORRECTIVE ENTRY: COURT REMOVED LINK TO DOCUMENT NUMBER 89. Modified on 12/11/2007 (be, ). (Entered: 12/10/2007) |
| | | |

| 12/13/2007 | 96 | Certificate of Service *for the Proposed Order Granting Leave to File Amended Complaint (103702.pdf)*. Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 12/13/2007) |
|---|---|---|
| 12/13/2007 | 97 | Certificate of Service *for the proposed Order Denying Motion to Dismiss Complaint (103487.pdf)*. Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 12/13/2007) |
| 12/14/2007 | 98 | Fourth Request To Take Judicial Notice *in Adversary Proceeding*. Filed by Defendant David R Chase (Attachments: # 1 Appendix 2of5# 2 Appendix 3of5# 3 Appendix 4of5# 4 Appendix 5of5) (Schwartz, Steven) (Entered: 12/14/2007) |
| 12/14/2007 | | Transcript, Date of Hearing: Nov. 26, 2007 *corrected filing of continued hearing on plaintiff's motion for order to show cause re preliminary injunction re order to stay enforcement of omnibus order, including The Court's rulings*. (Palmer, Susan) (Entered: 12/14/2007) |
| 12/14/2007 | 99 | Transcript, Date of Hearing: Nov. 26, 2007 *corrected filing of continued hearing on plaintiff's motion for order to show cause re preliminary injunction re order to stay enforcement of omnibus order, including The Court's rulings*. (Palmer, Susan) (Entered: 12/14/2007) |
| 12/14/2007 | | Transcript, Date of Hearing: Nov. 21, 2007 *corrected filing of plaintiff's motion for order to show cause re preliminary injunction re order to stay enforcement of omnibus order*. (Palmer, Susan) (Entered: 12/14/2007) |
| 12/14/2007 | 100 | Transcript, Date of Hearing: Nov. 21, 2007 *corrected filing of hearing on plaintiff's motion for order to show cause re preliminary injunction*. (Palmer, Susan) (Entered: 12/14/2007) |
| 12/14/2007 | 101 | Appellant Designation of Contents For Inclusion in Record On Appeal *from the November 28, 2007 Amended Order Granting Motion for Preliminary Injunction* (RE: related document(s)89 Notice of Appeal, filed by Defendant David R Chase). Appellee designation due by 12/26/2007. Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/14/2007) |
| 12/14/2007 | 102 | Statement of Issues on Appeal,*to be Presented to the District Court Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure* (RE: related document(s)89 Notice of Appeal, filed by Defendant David R Chase). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/14/2007) |
| 12/14/2007 | 103 | Certificate of Service (RE: related document(s)98 Request To Take Judicial Notice). Filed by Defendant David R Chase (Schwartz, |

| | | |
|---|---|---|
| | | Steven) (Entered: 12/14/2007) |
| 12/14/2007 | 104 | Certificate of Service (RE: related document(s)102 Statement of Issues on Appeal,, 101 Appellant Designation, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/14/2007) |
| 12/14/2007 | 105 | Appellant Designation of Contents For Inclusion in Record On Appeal *ERRATA* (RE: related document(s)89 Notice of Appeal, filed by Defendant David R Chase). Appellee designation due by 12/26/2007. Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/14/2007) |
| 12/17/2007 | 106 | Amended Statement of Issues on Appeal, (RE: related document(s) 102 Statement of Issues on Appeal, filed by Defendant David R Chase). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/17/2007) |
| 12/17/2007 | 107 | Certificate of Service (RE: related document(s)106 Statement of Issues on Appeal). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/17/2007) |
| 12/17/2007 | 108 | Certificate of Service (RE: related document(s)105 Appellant Designation, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 12/17/2007) |
| 12/20/2007 | 109 | Statement of Appellee's Designation of Additional Items to be Included in the Record on Appeal Filed by Federal Trade Commission from the November 28, 2007 Amended Order Granting Preliminary Injunction (RE: related document(s)74 Notice of Appeal,, 95 Appellant Designation,,, Statement of Issues on Appeal,, ). Filed by Plaintiff The Billing Resource (Rehfeld, Jeffrey) ERROR: WRONG DOCKET EVENT CODE SELECTED. Modified on 12/21/2007 (aw, ). (Entered: 12/20/2007) |
| 12/20/2007 | 110 | Certificate of Service *of Appellee's Designation of Additional Items to be Included in the Record on Appeal Filed by Federal Trade Commission from the November 28, 2007 Amended Order Granting Preliminary Injunction* (RE: related document(s)109 Statement, ). Filed by Plaintiff The Billing Resource (Rehfeld, Jeffrey) (Entered: 12/20/2007) |
| 12/21/2007 | 111 | Order Granting Motion To Amend (Related Doc # 70) (aw, ) (Entered: 12/21/2007) |
| 12/23/2007 | 112 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)111 Order on Motion to Amend). Service Date 12/23/2007. (Admin.) (Entered: 12/23/2007) |
| | | |

| 12/26/2007 | 113 | Supplemental Document *Appellee's Designation of Additional Items to be Included in the Record on Appeal Re Appeal Filed by David R. Chase, as Federal Receiver, from the Novembe 30, 2007 Amended Order Granting Motion for Preliminary Injunction* in Support (RE: related document(s)89 Notice of Appeal,, 109 Statement, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Certificate of Service) (Rehfeld, Jeffrey) (Entered: 12/26/2007) |
|---|---|---|
| 12/27/2007 | 114 | Amended Complaint *for Declaratory Relief, Temporary Restraining Order and Preliminary Injunction and to Determine Validity, Priority and Extent of Interest in Property* by Jeffrey K. Rehfeld on behalf of The Billing Resource against David R Chase, Federal Trade Comission. (RE: related document(s)1 Complaint filed by Plaintiff The Billing Resource). (Rehfeld, Jeffrey) (Entered: 12/27/2007) |
| 12/27/2007 | 115 | Certificate of Service *Re: Amended Complaint for Declaratory Relief, Temporary Restraining Order and Preliminary Injunction and to Determine Validity, Priority and Extent of Interest in Property* (RE: related document(s)114 Amended Complaint, ). Filed by Plaintiff The Billing Resource (Rehfeld, Jeffrey) (Entered: 12/27/2007) |
| 12/27/2007 | 116 | Order Denying Motion to Dismiss Adversary Proceeding (Related Doc # 33) (aw, ) (Entered: 12/27/2007) |
| 12/28/2007 | 117 | Transcript, Date of Hearing: 12-7-07*a) Motion to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1); b) Opposition by Plaintiff; c) Motion for Leave to File an Amended Complaint by Plaintiff; d) Opposition by David R. Chase, Federal Receiver of Access One Communications, Inc. and Network One Services, Inc.; e)Opposition by Defendant, Federal Trade Commission.* (McCall, Jo) (Entered: 12/28/2007) |
| 12/28/2007 | 118 | Notice of Docketing Record on Appeal to District Court. (RE: related document(s)74 Notice of Appeal filed by Defendant Federal Trade Comission, 50 Notice of Appeal filed by Defendant Federal Trade Comission). (aw, ) (Entered: 12/28/2007) |
| 12/28/2007 | 127 | Notice of Docketing Record on Appeal to District Court. Case Number: (RE: related document(s)89 Notice of Appeal filed by Defendant David R Chase). (aw, ) (Entered: 01/10/2008) |
| 12/29/2007 | 119 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)116 Order on Motion to Dismiss Adversary Proceeding). Service Date 12/29/2007. (Admin.) (Entered: 12/29/2007) |
| 01/03/2008 |  | Courtroom Hearing Continued (RE: Order for Telephonic Status Conference - related document(s) 5 ) (Continued to 2/1/2008 03:15 PM at San Jose Courtroom 3020 - Weissbrodt) (continued prior to |

| | | hearing per chambers)(tb, ) (Entered: 01/03/2008) |
|---|---|---|
| 01/04/2008 | 120 | Motion to Dismiss Adversary Proceeding Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 01/04/2008) |
| 01/04/2008 | 121 | Memorandum of Points and Authorities in of (RE: related document (s)120 Motion to Dismiss Adversary Proceeding). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 01/04/2008) |
| 01/04/2008 | 122 | Notice of Hearing (RE: related document(s)120 Motion to Dismiss Adversary Proceeding filed by Defendant David R Chase). Hearing scheduled for 2/19/2008 at 02:15 PM at San Jose Courtroom 3020 - Weissbrodt. Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 01/04/2008) |
| 01/04/2008 | 123 | Certificate of Service (RE: related document(s)120 Motion to Dismiss Adversary Proceeding). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 01/04/2008) |
| 01/04/2008 | 124 | Certificate of Service (RE: related document(s)121 Memo of Points & Authorities). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 01/04/2008) |
| 01/04/2008 | 125 | Certificate of Service (RE: related document(s)122 Notice of Hearing, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 01/04/2008) |
| 01/07/2008 | 126 | Answer to Complaint *Amended Complaint* Filed by Federal Trade Comission. (Attachments: # 1 Certificate of Service)(Mack, Julie) (Entered: 01/07/2008) |
| 01/08/2008 | 128 | Notice of Docketing Record on Appeal to District Court. Case Number: (RE: related document(s)89 Notice of Appeal filed by Defendant David R Chase). (aw, ) (Entered: 01/10/2008) |
| 01/08/2008 | 129 | Notice of Docketing Record on Appeal to District Court. Case Number: (RE: related document(s)74 Notice of Appeal filed by Defendant Federal Trade Comission, 50 Notice of Appeal filed by Defendant Federal Trade Comission). (aw, ) (Entered: 01/10/2008) |
| 01/11/2008 | 130 | Motion for Withdrawal of Reference Fee Waived. Filed by Defendant Federal Trade Comission. (Attachments: # 1 Declaration of Michael Mora in Support of Motion for Withdrawal of Reference# 2 Memorandum of Points and Authorities in Support of Motion to Withdraw Reference# 3 Exhibit FTCX 1-3# 4 Exhibit FTCX 4-5# 5 Exhibit FTCX 6-12# 6 Exhibit FTCX 13 Part 1# 7 Exhibit FTCX 13 Part 2# 8 Exhibit FTCX 14-25# 9 Certificate of Service) (Mack, |

| | | Julie) (Entered: 01/11/2008) |
|---|---|---|
| 01/17/2008 | <u>131</u> | Document: Return Transmittal Letter. District Court Case Number is C08-00341-RMW . (RE: related document(s)<u>130</u> Motion for Withdrawal of Reference). (aw, ) (Entered: 01/18/2008) |
| 01/25/2008 | <u>132</u> | Joint Case Management Conference Statement <u>5</u>Order for Telephonic Status Conference *of The Federal Trade Commission and The Federal Receiver.* Filed by Defendant David R Chase (Schwartz, Steven). CORRECTIVE ENTRY: COURT CORRECTED ERROR AND MODIFIED DOCKET TEXT TO SHOW CORRECT LINKAGE. Modified on 1/28/2008 (aw, ). (Entered: 01/25/2008) |
| 01/25/2008 | <u>133</u> | Certificate of Service (RE: related document(s)<u>132</u> Case Management Conference Statement). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 01/25/2008) |
| 01/25/2008 | <u>134</u> | Case Management Conference Statement <u>5</u>Order for Telephonic Status Conference . Filed by Plaintiff The Billing Resource (Attachments: # <u>1</u> Certificate of Service) (Sacks, Steven)ERROR: LINKAGE. CORRECTIVE ENTRY: COURT CORRECTED ERROR AND MODIFIED DOCKET TEXT TO SHOW CORRECT LINKAGE. Modified on 1/28/2008 (aw, ). (Entered: 01/25/2008) |
| 01/29/2008 | <u>135</u> | Notice of Docketing Record on Appeal to District Court.(RE: related document(s)<u>89</u> Notice of Appeal filed by Defendant David R Chase). (aw, ) (Entered: 01/30/2008) |
| 02/01/2008 | | Courtroom Hearing Continued (RE: Order for Telephonic Status Conference - related document(s) <u>5</u> ) (Continued to 4/14/2008 03:15 PM at San Jose Courtroom 3020 - Weissbrodt) (Parties to file a joint statement by 4/9/08.)(tb, ) (Entered: 02/08/2008) |
| 02/05/2008 | <u>136</u> | Memorandum of Points and Authorities in Opposition of *Motion of Federal Receiver to Dismiss Complaint Pursuant To FRCP 12(b)(1).* (Related Document(s): <u>33</u> Motion to Dismiss Adversary Proceeding. Filed by Plaintiff The Billing Resource (Sacks, Steven) CORRECTIVE ENTRY: COURT ADDED LINKAGE TO DOCUMENT #33. Modified on 2/6/2008 (er, ). (Entered: 02/05/2008) |
| 02/12/2008 | <u>137</u> | Reply to *Plaintiff's Opposition to Motion of Federal Receiver to Dismiss Amended Complanit Pursuant to FRCP Rule 12(b)(1) and (6)* (RE: related document(s)<u>136</u> Memo of Points & Authorities, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 02/12/2008) |
| | | |

| 02/12/2008 | 138 | Certificate of Service (RE: related document(s)137 Reply, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 02/12/2008) |
|---|---|---|
| 02/19/2008 | | Courtroom Hearing Held (RE: Motion to Dismiss Adversary Proceeding - related document(s) 120 ) (DENIED for reasons articulated on the record. The Receiver shall file an answer to the amended complaint within 20 days after entry of the order denying this motion.)(tb, ) (Entered: 02/19/2008) |
| 02/22/2008 | 139 | Motion for Preliminary Injunction Filed by Plaintiff The Billing Resource. (Attachments: # 1 Declaration of Ken Dawson) (Sacks, Steven) (Entered: 02/22/2008) |
| 02/22/2008 | 140 | Notice of Hearing (RE: related document(s)139 Motion for Preliminary Injunction filed by Plaintiff The Billing Resource). Hearing scheduled for 3/7/2008 at 01:00 PM at San Jose Courtroom 3020 - Weissbrodt. Filed by Plaintiff The Billing Resource. (Sacks, Steven) (Entered: 02/22/2008) |
| 02/22/2008 | 141 | Certificate of Service (RE: related document(s)139 Motion for Preliminary Injunction, 140 Notice of Hearing, ). (Sacks, Steven) (Entered: 02/22/2008) |
| 02/28/2008 | 142 | Brief/Memorandum in Opposition to *Debtor's Motion for Extension of Preliminary Injunction Against Prosecution of Florida Action* (RE: related document(s)139 Motion for Preliminary Injunction). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 02/28/2008) |
| 02/29/2008 | 143 | Certificate of Service (RE: related document(s)142 Opposition Brief/Memorandum, ). (Schwartz, Steven) (Entered: 02/29/2008) |
| 02/29/2008 | 144 | Brief/Memorandum in Opposition to *Debtor's Motion for Extension of Preliminary Injunction Against Prosecution of Florida Action* (RE: related document(s)139 Motion for Preliminary Injunction). Filed by Defendant Federal Trade Comission (Attachments: # 1 Affidavit of FTC Counsel Robert Schoshinski# 2 Certificate of Service) (Mack, Julie) (Entered: 02/29/2008) |
| 03/04/2008 | 145 | Certificate of Service *Order Denying Motion to Dismiss Complaint* (RE: related document(s)120 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 03/04/2008) |
| 03/05/2008 | 146 | Reply to (RE: related document(s)139 Motion for Preliminary Injunction, 142 Opposition Brief/Memorandum,, 144 Opposition Brief/Memorandum, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Declaration of Neil Goldfarb) (Sacks, Steven) |

| | | (Entered: 03/05/2008) |
|---|---|---|
| 03/05/2008 | 147 | Certificate of Service (RE: related document(s)146 Reply, ). (Sacks, Steven) (Entered: 03/05/2008) |
| 03/05/2008 | 148 | Certificate of Service *for Proposed Order (111527.pdf)*.(RELATED DOCUMENT: 120Motion to Dismiss Adversary Proceeding ) Filed by Plaintiff The Billing Resource (Sacks, Steven) CORRECTIVE ENTRY: NOT LINKED - COURT CORRECTED. Modified on 3/6/2008 (jd, ). (Entered: 03/05/2008) |
| 03/07/2008 | | Courtroom Hearing Continued (RE: Motion for Preliminary Injunction - related document(s) 139 ) (Continued to 6/5/2008 02:00 PM at San Jose Courtroom 3020 - Weissbrodt) (the Court will hold a further hearing on whether the preliminary injunction of the enforcement action should be continued beyond 6/12/08; any supplemental papers in support of the motion are to be filed by 5/15/08, any opposition by 5/22/08 and reply by 5/29/08.)(tb, ) (Entered: 03/07/2008) |
| 03/07/2008 | 149 | Brief/Memorandum in Opposition to (RE: related document(s)130 Motion for Withdrawal of Reference, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Certificate of Service) (Sacks, Steven) (Entered: 03/07/2008) |
| 03/10/2008 | 150 | Transcript, Date of Hearing: Feb. 25, 2008 *debtor's motions and plaintiff's application*. (Palmer, Susan) ERROR: DOCKETED ON INCORRECT ADVERSARY CASE. Modified on 3/11/2008 (jd, ). (Entered: 03/10/2008) |
| 03/10/2008 | 151 | Order Denying Motion to Dismiss Adversary Proceeding (Related Doc # 120) (jd, ) (Entered: 03/10/2008) |
| 03/12/2008 | 152 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)151 Order on Motion to Dismiss Adversary Proceeding). Service Date 03/12/2008. (Admin.) (Entered: 03/12/2008) |
| 03/14/2008 | 153 | Certificate of Service *for proposed Order re Preliminary Injunction [112621.pdf]*. (RELATED DOCUMENT: 6?Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction and Declaratory Relief, Motion for Temporary Restraining Order) Filed by Plaintiff The Billing Resource (Sacks, Steven) CORRECTIVE ENTRY: NOT LINKED - COURT CORRECTED. Modified on 3/17/2008 (jd, ). (Entered: 03/14/2008) |
| 03/18/2008 | 154 | Order Granting Motion for Preliminary Injunction (Related Doc # 139) (jd, ) (Entered: 03/18/2008) |

| 03/19/2008 | 155 | Transcript, Date of Hearing: 3-7-08*a) Motion for Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief ;b) Opposition by Defendant, Federal Trade Commission; c) Opposition by David R. Chase, Federal Receiver of Access One Communications, Inc. and Network One Services, Inc.; d) Motion for Extension of Preliminary Injunction Against Prosecution of Florida Action by Plaintiff; e) Opposition by David R. Chase, Federal Receiver; f) Opposition by Defendant, Federal Trade Commission.* (McCall, Jo) (Entered: 03/19/2008) |
|---|---|---|
| 03/20/2008 | 156 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)154 Order on Motion for Preliminary Injunction). Service Date 03/20/2008. (Admin.) (Entered: 03/20/2008) |
| 03/21/2008 | 157 | Notice of Appeal to District Court *and Certificate of Service*, Fee Waived (RE: related document(s)154 Order on Motion for Preliminary Injunction). Appellant Designation due by 3/31/2008. Transmission to District Court due by 4/21/2008. Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 03/21/2008) |
| 03/21/2008 | 158 | Statement of Election to District Court,*and Certificate of Service* (RE: related document(s)157 Notice of Appeal, filed by Defendant Federal Trade Comission). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 03/21/2008) |
| 03/24/2008 | 159 | Motion *Notice of Motion and Federal Receiver's Motion to Vacate Preliminary Injunction Against Prosecution of Florida Action; Memorandum of Points and Authorities in Support Thereof* Filed by Defendant David R Chase. (Oetzell, Walter)ERROR: NOTICE OF OPPORTUNITY FOR HEARING MUST BE A SEPARATE PDF DOCUMENT AND DOCKETED SEPARATELY AND LINKED BACK TO THE MOTION EVENT. Modified on 3/25/2008 (jd, ). (Entered: 03/24/2008) |
| 03/25/2008 | 160 | Certificate of Service (RE: related document(s)159 Motion Miscellaneous Relief, ). Filed by Defendant David R Chase (Oetzell, Walter) (Entered: 03/25/2008) |
| 03/25/2008 | 161 | Courts Certificate of Mailing. Number of notices mailed: 10 (RE: related document(s)157 Notice of Appeal, ). (jd, ) (Entered: 03/25/2008) |
| 03/25/2008 | 162 | Transmittal of Record on Appeal to District Court (RE: related document(s)157 Notice of Appeal, ). (jd, ) (Entered: 03/25/2008) |
| 03/26/2008 | 163 | Transcript, Date of Hearing: 2-19-08*a) Motion to Dismiss Amended Complaint Pursuant to FRCP Rule 12(b)(1) and (6) by Defendant, David Chase, as Receiver; b) Opposition by Debtor.* (McCall, Jo) |

| | | (Entered: 03/26/2008) |
|---|---|---|
| 03/26/2008 | 164 | AMENDED Transmittal of Record on Appeal to District Court (RE: related document(s)157 Notice of Appeal, ). (jd, ) (Entered: 03/26/2008) |
| 03/26/2008 | 165 | Transmittal of Record on Appeal to District Court. DC Case number C08-01637-JF (RE: related document(s) 157 Notice of Appeal, ). (jd, ) (Entered: 03/26/2008) |
| 03/27/2008 | 166 | Answer to Complaint *(Amended)*, Counterclaim by David R Chase against The Billing Resource Filed by David R Chase. (Schwartz, Steven) (Entered: 03/27/2008) |
| 03/27/2008 | | Jury Demand by David R Chase (RE: related document(s)166 Answer to Complaint, Counterclaim). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 03/27/2008) |
| 03/27/2008 | 167 | Certificate of Service (RE: related document(s)166 Answer to Complaint, Counterclaim). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 03/27/2008) |
| 03/27/2008 | 168 | Certificate of Service (RE: related document(s) Jury Demand). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 03/27/2008) |
| 03/28/2008 | 169 | Motion for Jury Trial *In District Court On All Issues Triable By Jury* Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 03/28/2008) |
| 03/31/2008 | 170 | Appellant Designation of Contents For Inclusion in Record On Appeal *and Statement of Issues on Appeal, w/Certificate of Service* (RE: related document(s)157 Notice of Appeal, filed by Defendant Federal Trade Comission). Appellee designation due by 4/10/2008. Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 03/31/2008) |
| 04/03/2008 | 171 | Notice of Docketing Record on Appeal to District Court. Case Number: C08-01637-JF (RE: related document(s)157 Notice of Appeal, ). (jd, ) (Entered: 04/03/2008) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 04/04/2008 11:31:28 | | | |
| **PACER Login:** | dg0173 | **Client Code:** | Integretel 24774 cyc |
| **Description:** | Docket Report | **Search Criteria:** | 07-05156 Fil or Ent: filed From: 2/4/2007 To: 4/4/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 14 | **Cost:** | 1.12 |