UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba Integretal, a California corporation,<br><br>            Debtor.<br><br>DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, Inc., et. al,<br><br>            Appellant,<br><br>vs.<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>            Appellee. | USDC Case No. C-07-06210-JW<br><br>(Related to USDC Case No. C-07-05758-JW)<br><br>Bankruptcy Case No. 07-52890-ASW<br><br>[Chapter 11]<br><br>Adv. Proc. No. 07-05156 ASW<br><br>**CERTIFICATE OF SERVICE OF OPENING BRIEF OF APPELLANT DAVID R. CHASE, FEDERAL RECEIVER**<br><br>Date:   June 16, 2008<br>Time:  9:00 a.m.<br>Place:  280 S. First Street<br>          San Jose, CA<br>Judge: Hon. James Ware<br>Ctrm:  8 – 4th Floor |

Howard Kollitz [State Bar No. 059611],
Walter K. Oetzell [State Bar No. 109769] and
Steven J. Schwartz [State Bar No. 200586] of
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email: hkollitz@dgdk.com
Email: woetzell@dgdk.com
Email: sschwartz@dgdk.com

322554.01 [XP]   24774

# CERTIFICATE OF SERVICE

I, Cheryl Caldwell, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On April 7, 2008, I served the following document(s): **OPENING BRIEF OF APPELLANT DAVID R. CHASE, FEDERAL RECEIVER** on the interested parties addressed as follows:

[SEE ATTACHED SERVICE LIST.]

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

(Through the Court's ECF System)

(By E-Mail)

On April 8, 2008, I re-served the same document on the following parties by email as the previous attempt was returned undeliverable:

ssacks@sheppardmullin.com; cguerard@ftc.gov

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on April 8, 2008, at Los Angeles, California.

Cheryl Caldwell                              _Cheryl Caldwell_
(Type or print name)                         (Signature)

322554.01 [XP]    24774

# SERVICE LIST

**Service Through Court's ECF System**

Michael H. Ahrens
Sheppard Mullin Richter and Hampton
mahrens@sheppardmullin.com

Jeffrey Keith Rehfeld
Sheppard Mullin Richter and Hampton
jrehreld@sheppardmullin.com

Steven Benjamin Sacks
Sheppard Mullin Richter and Hampton
ssacks@sheppardmullin.com

John Andrew Singer
Federal Trade Commission
jsinger@ftc.gov

**Parties Service Via Email**

Office of the United States Trustee
John Wesolowski, Esq.
U.S. Department of Justice
280 S. First Street, Suite 268
San Jose, CA 95113-0002
john.wesolowski@usdoj.gov

Counsel for Debtor The Billing Resource dba Integretel
Michael H. Ahrens, Esq.
Sheppard Mullin Richter and Hampton
4 Embarcadero Center, 17th Fl.
San Francisco, CA 94111
mahrens@sheppardmullin.com

Counsel for Debtor The Billing Resource dba Integretel
Steven Sacks, Esq.
Sheppard Mullin Richter and Hampton
4 Embarcadero Center, 17th Fl.
San Francisco, CA 94111
ssacks@sheppardmullin.com

Counsel for the Federal Trade Commission
Michael Morra, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
mmora@ftc.gov

Counsel for the Federal Trade Commission
Maxim B. Litvak, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
mlitvak@pszjlaw.com

Counsel for the Federal Trade Commission
Julie A. Mack, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
jmack@ftc.gov

Counsel for the Federal Trade Commission
Collot Guerard, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
cguerard@ftc.gov

Counsel for the Federal Trade Commission
Lawrence Wagman, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
lwagman@ftc.gov

Counsel for the Federal Trade Commission
John Andrew Singer, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
jsinger@ftc.gov

Counsel for the David R. Chase, Federal Receiver
Jeffrey Schneider, Esq.
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
jcs@tewlaw.com

322554.01 [XP]    24774

-2-

| | |
|---|---|
| 1 | Counsel for The Official Unsecured Creditors Committee |
| 2 | John Fiero, Esq. |
| | Pachulski, Stang, Ziehl & Jones |
| 3 | 150 California Street, 15th Floor |
| | San Francisco, CA 94111-4500 |
| 4 | jfiero@pszjlaw.com |
| 5 | Counsel for POL, Inc. |
| | Kathryn S. Diemer |
| 6 | Diemer, Whitman and Cardosi |
| | 75 E. Santa Clara Street |
| 7 | San Jose, CA 95113 |
| | kdiemer@diemerwhitman.com |
| 8 | |
| 9 | **Service Via U.S. Mail** |
| 10 | Office of the United States Trustee |
| | John Wesolowski, Esq. |
| 11 | U.S. Department of Justice |
| | 280 S. First Street, Suite 268 |
| 12 | San Jose, CA 95113-0002 |
| 13 | Counsel for Debtor The Billing Resource dba Integretel |
| 14 | Steven Sacks, Esq. |
| | Sheppard Mullin Richter and Hampton |
| 15 | 4 Embarcadero Center, 17th Fl. |
| | San Francisco, CA 94111 |

-2-

322554.01 [XP]   24774