# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | USDC Case No. C-07-06210-JW |
| THE BILLING RESOURCE, dba Integretal, a California corporation, | (Related to USDC Case No. C-07-05758-JW) |
| Debtor. | Bankruptcy Case No. 07-52890-ASW |
| | [Chapter 11] |
| DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, Inc., et. al, | Adv. Proc. No. 07-05156 ASW |
| | **CERTIFICATE OF SERVICE OF EXCERPTS OF RECORD OF APPELLANT DAVID R. CHASE, FEDERAL RECEIVER** |
| Appellant, | |
| vs. | |
| THE BILLING RESOURCE, dba INTEGRETEL, a California corporation, | Date: June 16, 2008<br>Time: 9:00 a.m.<br>Place: 280 S. First Street<br>San Jose, CA |
| Appellee. | Judge: Hon. James Ware<br>Ctrm: 8 – 4th Floor |

Howard Kollitz [State Bar No. 059611],
Walter K. Oetzell [State Bar No. 109769] and
Steven J. Schwartz [State Bar No. 200586] of
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email: hkollitz@dgdk.com
Email: woetzell@dgdk.com
Email: sschwartz@dgdk.com

-1-

322559.01 [XP]    24774

## CERTIFICATE OF SERVICE

I, Cheryl Caldwell, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On April 7, 2008, I served the following document(s): **EXCERPTS OF RECORD OF APPELLANT DAVID R. CHASE, FEDERAL RECEIVER** on the interested parties addressed as follows:

[SEE ATTACHED SERVICE LIST.]

(Through the Court's ECF System)

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on April 8, 2008, at Los Angeles, California.

| | |
|---|---|
| Cheryl Caldwell | Cheryl Caldwell |
| (Type or print name) | (Signature) |

322559.01 [XP]    24774

1

# SERVICE LIST

2

## Service Through Court's ECF System

3 Michael H. Ahrens
Sheppard Mullin Richter and Hampton
4 mahrens@sheppardmullin.com

5 **Jeffrey Keith Rehfeld**
Sheppard Mullin Richter and Hampton
6 jrehreld@sheppardmullin.com

7 **Steven Benjamin Sacks**
Sheppard Mullin Richter and Hampton
8 ssacks@sheppardmullin.com

9 John Andrew Singer
Federal Trade Commission
10 jsinger@ftc.gov

11 ## Parities Service Via U.S. Mail

12 Office of the United States Trustee
John Wesolowski, Esq.
13 U.S. Department of Justice
280 S. First Street, Suite 268
14 San Jose, CA 95113-0002

15 Counsel for Debtor The Billing Resource dba Integretel
Steven Sacks, Esq.
16 Sheppard Mullin Richter and Hampton
4 Embarcadero Center, 17th Fl.
17 San Francisco, CA 94111

18

19

20

21

22

23

24

25

26

27

28

322559.01 [XP]    24774